1
2
3
4
5

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

6
7

8  HERB W. DAY,                                    )
                                                   )
9                    Plaintiff,                    )        2:11-cv-02030-LRH-GWF
                                                   )
10  vs.                                            )        **ORDER**
                                                   )
11  BANK OF AMERICA, N.A., et al.,                 )
                                                   )
12                   Defendant,                    )
   _____       )
13

14        This matter is before the Court on Defendants' failure to file a Certificate as to Interested

15  Parties as required by LR 7.1-1.  The Motion to Dismiss (#7) in this matter was filed January 3,

16  2012.  LR 7.1-1 requires that counsel for private parties shall, upon entering a case, file a certificate

17  as to interested parties, listing all persons, firms, partnerships or corporations, known to have an

18  interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or

19  insider of the named non-individual parties.  If there are no known interested parties, other than

20  those participating in the case, a statement to that effect must be filed.  To date, Defendants have

21  failed to comply.  Accordingly,

22        **IT IS ORDERED** that Defendants shall file their Certificate as to Interested Parties, which

23  fully complies with LR 7.1-1 no later than **February 6, 2012.**  Failure to comply may result in the

24  issuance of an order to show cause why sanctions should not be imposed.

25        DATED this 26th day of January, 2012.

26

27                                            _____

28                                            GEORGE FOLEY, JR.
                                              United States Magistrate Judge