# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERB W. DAY, ) | |
| ) | |
| Plaintiff, ) | 2:11-cv-02030-LRH-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| BANK OF AMERICA, N.A., et al., ) | |
| ) | |
| Defendant, ) | |
| ) | |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (#13) in this matter was filed January 25, 2012. Defendant filed a Motion to Dismiss (#7) January 3, 2012. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **March 5, 2012** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 22nd day of February, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge