HERB W. DAY
8418 TEVERE VALLEY ST.
LAS VEGAS, NV, 89131-5929
Phone: (702) 370-1741
HerbWDay@hotmail.com
Plaintiff Pro Se

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### LLOYD D. GEORGE U.S. COURTHOUSE

| | |
|---|---|
| HERB W. DAY<br><br>**Plaintiff**<br><br>vs.<br><br>BANK OF AMERICA N.A.; BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC. dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100,<br><br>**Defendants.** | Case No. 2:11-CV-02030-GMN-GWF<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>**AND ORDER** |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

WITH PREJUDICE PURSUANT TO FEDERAL RULE

OF CIVIL PROCEDURE 41(a)(1)

PLEASE TAKE NOTICE that Plaintiff Herb Day ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action with

1

prejudice as to Defendants' (BANK OF AMERICA N.A.; BAC HOME LOANS SERVICING, LP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.); and DOES 1-100.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

(a) Voluntary Dismissal.

(1) By the Plaintiff.

(A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

WHEREFORE, Plaintiff respectfully requests that the Honorable Judge enter an Order of Voluntary Withdrawal of the Plaintiff.

Dated this 10th day of June, 2012

_[signature]_

HERB W. DAY
8418 TEVERE VALLEY ST.
LAS VEGAS, NV, 89131-5929
Phone: (702) 370-1741
HerbWDay@hotmail.com
Plaintiff Pro Se

**IT IS SO ORDERED** this 13th day of June, 2012.

_[signature]_
Gloria M. Navarro
United States District Judge

*Herb W. Day – Plaintiff Pro Se*
*8418 Tevere Valley Street, Las Vegas, NV 89131-5929*
*TEL.: (702) 370-1741 Email: HerbWDay@hotmail.com*