ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Defendants,*
*Bank of America, N.A., successor by merger*
*to BAC Home Loan Servicing, LP, and*
*Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERB W. DAY,<br><br>           Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>           Defendants. | Case No.: 2:11-cv-02030-GMN-GWF<br><br>**ORDER EXPUNGING LIS PENDENS** |

On June 13, 2012, this Court issued an Order [Dk. 28] granting Plaintiff's Notice of Voluntary Dismissal with Prejudice [Dkt. 10] of his action against Defendants Bank of America, N.A., successor by merger to BAC Home Loan Servicing, LP, and Mortgage Electronic Registration Systems, Inc. (collectively, **Defendants**).

Defendants request that the lis pendens Plaintiff Herb Day (**Plaintiff**) recorded against the subject property be canceled, released, and expunged.

///

{24491561;1}                                              1

1  The Court finds that Plaintiff recorded a Notice of Lis Pendens (**Lis Pendens**) on or about
2  December 19, 2011, as Document Number 201112190001478 in real property records maintained by
3  the Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully
4  incorporated by reference.

5  The Court hereby grants Defendants their requested relief and rules as follows:

6  1. It is ordered, adjudged, and decreed that the above-referenced Lis Pendens is hereby
7  canceled, released, and expunged.

8  2. It is further ordered, adjudged, and decreed that this Order canceling the above-
9  referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

10 3. It is further ordered, adjudged, and decreed that Defendants record a properly
11 certified copy of this Order in the real property records of Clark County, Nevada within a reasonable
12 amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE
Dated: July 10, 2012

Submitted by:
**AKERMAN SENTERFITT LLP**

/s/ Steven G. Shevorski
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP, formerly known as Countrywide Home Loans Servicing LP*

{24491561;1}

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 11th day of July, 2012 and pursuant to Fed. R. Civ. P. 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **[Proposed] ORDER EXPUNGING LIS PENDENS**, postage prepaid and addressed to:

Mr. Herb W. Day
8418 Tevere Valley Street
Las Vegas, NV  89131-5929

*Plaintiff Pro Se*

                              /s/ Debbie Julien
                              An employee of AKERMAN SENTERFITT LLP

{24491561;1}

3

# EXHIBIT A

# EXHIBIT A

{20628576;1}



Inst #: 201112190001478
Fees: $19.00
N/C Fee: $0.00
12/19/2011 10:13:28 AM
Receipt #: 1011163
Requestor:
HERB DAY
Recorded By: GILKS   Pgs: 3
DEBBIE CONWAY
CLARK COUNTY RECORDER

## RECORDING COVER PAGE

Must be typed or printed clearly in black ink only.

APN# 125-11-610-011
11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

**TITLE OF DOCUMENT   (DO NOT Abbreviate)**

Notice of Lis Pendens

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

Recording requested by:

HERB W DAY

Return to:
Name HERB W DAY
Address 8418 TEVERE VALLEY ST
City/State/Zip LV NV 89131

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

HERB W. DAY
8418 TEVERE VALLEY ST.
LAS VEGAS, NV, 89131-5929
Phone: (702) 370-1741
HerbWDay@hotmail.com
Plaintiff Pro Se

FILED ___ RECEIVED
ENTERED ___ SERVED ON

2011 DEC 19  A 9: 49

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LLOYD D. GEORGE U.S. COURTHOUSE

| | |
|---|---|
| HERB W. DAY<br><br>           Plaintiff<br><br>vs.<br><br>BANK OF AMERICA N.A.; BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC. dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100,<br><br>Defendants. | 2:11-cv-02030-LRH -GWF<br><br>APN # 125-11-610-011 |

## NOTICE OF LIS PENDENS

PLEASE TAKE NOTICE that an action has been commenced and is now pending in the above-entitled court under the docket number set forth above by Plaintiff Herb W. Day, suing defendants BANK OF AMERICA N.A.; BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC. dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100 for money damages and quiet title and states:

1

1. As Plaintiff Herb W. Day has commenced an action against Defendants in Clark County.

2. The Defendants are BANK OF AMERICA N.A.; BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC. dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100.

3. The object of the action is: Fraud Count 1; Fraud Count 2; Wrongful Foreclosure; RESPA Violations; Fraudulent Assignment; Violations of NRS 107.086; Quiet Title and Declaratory Judgment.

4. The description of the real property to be affected is: Commonly known as 8418 Tevere Valley Street, Las Vegas NV 89131-5929 APN #125-11-610-011.

Dated this 19th day of December, 2011.

_____
HERB W. DAY
8418 TEVERE VALLEY ST.
LAS VEGAS, NV, 89131-5929
Phone: (702) 370-1741
HerbWDay@hotmail.com
Plaintiff Pro Se

2