ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Defendants,*
*Bank of America, N.A., successor by merger*
*to BAC Home Loan Servicing, LP, and*
*Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HERB W. DAY, | Case No.: 2:11-cv-02030-GMN-GWF |
| Plaintiff, | |
| v. | **ORDER EXPUNGING LIS PENDENS** |
| BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., | |
| Defendants. | |

On June 13, 2012, this Court issued an Order [Dk. 28] granting Plaintiff's Notice of Voluntary Dismissal with Prejudice [Dkt. 10] of his action against Defendants Bank of America, N.A., successor by merger to BAC Home Loan Servicing, LP, and Mortgage Electronic Registration Systems, Inc. (collectively, **Defendants**).

Defendants request that the lis pendens Plaintiff Herb Day (**Plaintiff**) recorded against the subject property be canceled, released, and expunged.

///

1  The Court finds that Plaintiff recorded a Notice of Lis Pendens (**Lis Pendens**) on or about
2  December 19, 2011, as Document Number 201112190001478 in real property records maintained by
3  the Clark County Recorder. A copy of the Lis Pendens is attached hereto as **Exhibit A** and fully
4  incorporated by reference.

5  The Court hereby grants Defendants their requested relief and rules as follows:

6  1. It is ordered, adjudged, and decreed that the above-referenced Lis Pendens is hereby
7  canceled, released, and expunged.

8  2. It is further ordered, adjudged, and decreed that this Order canceling the above-
9  referenced Lis Pendens has the same effect as an expungement of the original Lis Pendens.

10  3. It is further ordered, adjudged, and decreed that Defendants record a properly
11  certified copy of this Order in the real property records of Clark County, Nevada within a reasonable
12  amount of time from the date of this Order's issue.

APPROVED:

_____
UNITED STATES DISTRICT JUDGE
Dated: July 10, 2012

Submitted by:
**AKERMAN SENTERFITT LLP**

/s/ Steven G. Shevorski
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendant Bank of America, N.A. as successor by merger to BAC Home Loans Servicing, LP, formerly known as Countrywide Home Loans Servicing LP*

{24491561;1}                                    2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 11th day of July, 2012 and pursuant to Fed. R. Civ. P. 5, I served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **[Proposed] ORDER EXPUNGING LIS PENDENS**, postage prepaid and addressed to:

Mr. Herb W. Day
8418 Tevere Valley Street
Las Vegas, NV  89131-5929

*Plaintiff Pro Se*

                      /s/ Debbie Julien
                      An employee of AKERMAN SENTERFITT LLP

{24491561;1}

3

# EXHIBIT A

# EXHIBIT A

{20628576;1}



## RECORDING COVER PAGE

Inst #: 201112190001478
Fees: $19.00
N/C Fee: $0.00
12/19/2011 10:13:28 AM
Receipt #: 1011163
Requestor:
HERB DAY
Recorded By: GILKS   Pgs: 3
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

Must be typed or printed clearly in black ink only.

APN# 125-11-610-011

11 digit Assessor's Parcel Number may be obtained at:
http://redrock.co.clark.nv.us/assrrealprop/ownr.aspx

### TITLE OF DOCUMENT  (DO NOT Abbreviate)

NOTICE OF LIS PENDENS

Title of the Document on cover page must be EXACTLY as it appears on the first page of the document to be recorded.

Recording requested by:

HERB W DAY

Return to:

Name HERB W DAY
Address 8418 TEVERE VALLEY ST
City/State/Zip LV NV 89131

This page provides additional information required by NRS 111.312 Sections 1-2.

An additional recording fee of $1.00 will apply.

To print this document properly—do not use page scaling.

P:\Recorder\Forms 12_2010

HERB W. DAY
8418 TEVERE VALLEY ST.
LAS VEGAS, NV, 89131-5929
Phone: (702) 370-1741
HerbWDay@hotmail.com
Plaintiff Pro Se

2011 DEC 19  A 9: 49

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LLOYD D. GEORGE U.S. COURTHOUSE

| | |
|---|---|
| HERB W. DAY<br><br>              Plaintiff<br><br>vs.<br><br>BANK OF AMERICA N.A.; BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC. dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100,<br><br>Defendants. | 2:11-cv-02030-LRH -GWF<br><br>APN # 125-11-610-011 |

## NOTICE OF LIS PENDENS

PLEASE TAKE NOTICE that an action has been commenced and is now pending in the above-entitled court under the docket number set forth above by Plaintiff Herb W. Day, suing defendants BANK OF AMERICA N.A.; BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC. dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100 for money damages and quiet title and states:

1

1. As Plaintiff Herb W. Day has commenced an action against Defendants in Clark County.

2. The Defendants are BANK OF AMERICA N.A.; BAC HOME LOANS SERVICING, LP; MTC FINANCIAL, INC. dba TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and DOES 1-100.

3. The object of the action is: Fraud Count 1; Fraud Count 2; Wrongful Foreclosure; RESPA Violations; Fraudulent Assignment; Violations of NRS 107.086; Quiet Title and Declaratory Judgment.

4. The description of the real property to be affected is: Commonly known as 8418 Tevere Valley Street, Las Vegas NV 89131-5929 APN #125-11-610-011.

Dated this 19th day of December, 2011.

HERB W. DAY
8418 TEVERE VALLEY ST.
LAS VEGAS, NV, 89131-5929
Phone: (702) 370-1741
HerbWDay@hotmail.com
Plaintiff Pro Se

2