# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HERB W. DAY,

        Plaintiff,

vs.

                    2:11-cv-02030-GMN-GWF

BANK OF AMERICA, N.A., *et al.*,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to F.R.Cv.P. 4(m),

**IT IS THEREFORE ORDERED** that the action is hereby dismissed without prejudice as to the defendant MTC Financial, Inc.

Dated: July 12, 2012

_____
GLORIA M. NAVARRO
United States District Judge